# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

METROWEST BUILDING LLC,

    Plaintiff,

v.                                      Case No. 6:23-cv-2008-JA-RMN

NATIONWIDE GENERAL
INSURANCE COMPANY,

    Defendant.

---

## ORDER

This case is before the Court on Defendant's Notice of Removal (Doc. 1).

Federal courts are courts of limited jurisdiction. "[B]ecause a federal court is powerless to act beyond its statutory grant of subject matter jurisdiction, a court must zealously insure that jurisdiction exists over a case, and should itself raise the question of subject matter jurisdiction at any point in the litigation where a doubt about jurisdiction arises." *Smith v. GTE Corp.*, 236 F.3d 1292, 1299 (11th Cir. 2001).

Plaintiff, Metrowest Building LLC, filed this case in state court on August 24, 2023, asserting breach of contract against Defendant, Nationwide General Insurance Company. Nationwide then removed it to this Court, invoking the Court's diversity jurisdiction under 28 U.S.C. § 1332. (Doc. 1). But Nationwide has not sufficiently alleged diversity of citizenship. In the Notice of Removal,

Nationwide asserts that Plaintiff "was and is incorporated in the State of Florida with its principal place of business in the State of Florida." (Doc. 1 at 4). In support of this assertion, Nationwide cites the Complaint, in which Plaintiff states that it "is a corporation," (Doc. 1-1 ¶ 2), and Plaintiff's "2023 Florida Limited Liability Company Annual Report" (Doc. 1-4). But a limited liability company is not a corporation, and the citizenship of a limited liability company is determined by the citizenships of each of its members. *See Rolling Greens MHP, L.P., v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004). Neither the Notice of Removal nor its attachments identifies the members of Plaintiff or their citizenships. Thus, the Court cannot ascertain whether the parties are of diverse citizenship.

Accordingly, it is **ORDERED** that **no later than October 30, 2023,** Nationwide shall file an amended notice of removal establishing the citizenship of Plaintiff.

**DONE** and **ORDERED** in Orlando, Florida, on October 19, 2023.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties